U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG - 5 2016

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | | * | CRIM. NO.: 5:14-cr-00184-01-03 |
| | | * | |
| | | * | 18 U.S.C. § 2 |
| | | * | 18 U.S.C. § 371 |
| VERSUS | | * | 18 U.S.C. § 666(a)(1)(A) |
| | | * | 31 U.S.C. § 5324 |
| | | * | 18 U.S.C. § 981(a)(1)(C) |
| LARRY C. DEEN | (1) | * | |
| CLIFTON D. BLAKEY | (2) | * | JUDGE ELIZABETH E. FOOTE |
| CLINTON E. BLAKEY | (3) | * | MAGISTRATE JUDGE HORNSBY |

**ORDER**

The foregoing motion to dismiss considered,

IT IS HEREBY ORDERED that all charges against the Defendants be dismissed without prejudice.

Signed this 5th day of August, 2016.

_____
ELIZABETH E. FOOTE
United States District Judge